**Larry Ray WARD, a/k/a Red, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

**No. 15-7128**

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2017

Decided: May 16, 2017

Larry Ray Ward, Appellant Pro Se. Shailika S. Kotiya, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Ray Ward, a federal prisoner, appeals the district court's order denying his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Ward has failed to satisfy his burden of demonstrating that 28 U.S.C. § 2255 (2012) is an inadequate or ineffective means of challenging the validity of his detention. *See United States v. Poole*, 531 F.3d 263, 267 n.7 (4th Cir. 2008). The district court lacked jurisdiction over Ward's petition, *Rice v. Rivera*, 617 F.3d 802, 807 (4th Cir. 2010), and we therefore modify its order, *Ward v. United States*, No. 5:11-cr-00286-D-1 (E.D.N.C. June 25, 2015), to reflect a dismissal without prejudice for lack of jurisdiction and affirm the dismissal as modified, 28 U.S.C. § 2106 (2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*